Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@moorelawfirm.com

Attorneys for Plaintiff
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W K M ASSOCIATES, INC., dba<br>MAGUIRE'S CHEVRON FOOD MART #1,<br><br>　　　　Defendant. | No.  1:16-cv-01074-LJO-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for November 8, 2016, pursuant to the Court's Order dated July 26, 2016 (Dkt. 3);

WHEREAS, Plaintiff, Jose Acosta ("Plaintiff"), and Defendant, W K M Associates, Inc. dba Maguire's Chevron Food Mart #1 ("Defendant," and together with Plaintiff, "the Parties"), are engaging in settlement discussions and wish to exhaust such efforts before incurring the fees and costs associated with the Scheduling Conference, and to conserve Court resources;

//

//

1   NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for November 8, 2016 to a date at the Court's convenience after December 13, 2016.

Dated: October 31, 2016                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Jose Acosta



Dated: October 31, 2016                    STAMMER, McKNIGHT,
                                          BARNUM & BAILEY LLP


                                          */s/ Michael R. Hergenroether*
                                          Michael R. Hergenroether
                                          Attorneys for Defendant,
                                          W K M Associates, Inc. dba Maguire's Chevron
                                          Food Mart #1

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 8, 2016 is continued to **December 22, 2016 at 9:30 AM,** before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

**IT IS SO ORDERED**.

Dated:   **November 1, 2016**               /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE